NICHOLAS A. TRUTANICH
United States Attorney
Nevada State Bar Number 13644
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 26 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RENO DIVISION

*ORDER*

CAROLYN ANNETTE SALIN,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

No. 3:18-CV-00494-MMD-CBC

STIPULATION AND PROPOSED ORDER FOR A FIRST THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HER MOTION TO AFFIRM AND RESPONSE TO PLAINTIFF'S MOTION FOR REMAND

1       IT IS HEREBY STIPULATED, by and between Carolyn Annette Salin (Plaintiff) and
2 Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their
3 respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to
4 file her motion to affirm and response to Plaintiff's motion for remand. The current due date is
5 March 27, 2019. The new due date will be April 26, 2019. This is Defendant's first request for
6 an extension. The parties further stipulate that all other dates will be extended accordingly.

7       Defendant requests this extension because the attorney responsible for briefing this case is
8 new to the office of the undersigned, requiring additional time for review by the undersigned
9 attorney, who remains counsel of record. Moreover, because a supervisor in Defendant's Office
10 of General Counsel is currently serving as a juror on a five-week trial, the undersigned attorney
11 for Defendant has assumed shared responsibility for overseeing the office's program litigation
12 workload throughout Nevada, California, Arizona, and Hawaii until approximately the second
13 week of April. Finally, the attorney responsible for briefing the case for Defendant is currently
14 out of the office on pre-scheduled annual leave, and has one additional district court brief in this
15 Court to finalize upon his return and a second brief in the Southern District of California to write.

16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1      For all these reasons, Defendant requires an additional 30 days to prepare and file her
2 motion to affirm and response to Plaintiff's motion for remand. Plaintiff has no objection to this
3 request. This request is made in good faith with no intention to unduly delay the proceedings.

                              Respectfully submitted,

DATE: March 25, 2019             *s/ Cyrus Safa*
                                   CYRUS SAFA
                                   Attorney for Plaintiff
                                   (by email authorization)

                                   NICHOLAS A. TRUTANICH
                                   United States Attorney

DATE: March 25, 2019       By    *s/ Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant

                                   <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/26/2019

                                 THE HONORABLE CARLA BALDWIN CARRY
                                 UNITED STATES MAGISTRATE JUDGE